**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**VARDAN SHAHMURADYAN** — **CASE NO. 1:26-CV-00509 SEC P**

**VERSUS** — **JUDGE TERRY A. DOUGHTY**

**BRIAN ACUNA ET AL** — **MAGISTRATE JUDGE LEBLANC**

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 13], Petitioner, Vardon Shahmuradyan's, written and filed objections thereto [Doc. No. 14], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDED, AND DECREED** that the Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE** because Petitioner has failed to establish that his present detention is unlawful under controlling law.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED AS MOOT**.

MONROE, LOUISIANA, this 24th day of September, 2026.

Terry A. Doughty
United States District Judge